*Judge Pauley*

**'08 CIV 6904**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**Plaintiff**
1199 SEIU GREATER UNITED HEALTHCARE WORKERS EAST,
**Plaintiff**

-v-

NEW MAYFAIR COMPANY, INC.
D/B/A MAYFAIR CARE CENTER
**Defendant**

Case No.



Rule 7.1 Statement

      Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for <u>Plaintiff (1199 SEIU United Healthcare Workers East)</u> (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

    NONE

**Date:** July 31, 2008

*[signature]*

**Signature of Attorney**
Hanan B. Kolko
**Attorney Bar Code: HK 1307**

96879

American LegalNet, Inc.
www.USCourtForms.com